IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GERARDO OLMEDO | ) | CASE NO. 4-09-22223-JMM |
| MARIA CARMEN ACEVES-OLMEDO | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| Debtor(s). | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following postpetition tax refund check has been issued to the debtors and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| GERARDO OLMEDO<br>MARIA CARMEN ACEVES-OLMEDO<br>9858 EAST WIND DANCER DRIVE<br>TUCSON, AZ 85748 | $470.71 | $470.71 |

_____4/4/11_____ /s/ SJK_____
　　　　　Date　　　　　　　　　　　　　Stanley J. Kartchner, Trustee